UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD CARRASCO, | ) | Case No. EDCV 15-803 JGB(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| NEIL McDOWELL, Warden, | ) | |
| Respondent. | ) | |

    Pursuant to this Court's Order Dismissing Action without Prejudice and Denying Certificate of Appealability, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed without prejudice.

    IT IS SO ADJUDGED.

DATED: May 31, 2015

                                                                         /s/

                                        Honorable Jacqueline Chooljian
                                        UNITED STATES MAGISTRATE JUDGE